# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **22-306KG** | USA vs.: | **BARRON-BARRIOS** |
| Date: | **5/23/2023** | Name of Deft: | **JESUS BARRON-BARRIOS** |
| Before the Honorable: | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **1:51-2:24 PM** | Total Time in Court (for JS10): | **33 MINUTES** |
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **RYAN ELLISON** | Defendant's Counsel: | **HERMAN ORTIZ** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **ELIZABETH CHAVEZ** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1-8** | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **9/29/2022** | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | |

**SENTENCE IMPOSED** — Imprisonment (BOP): **115 MONTHS; A term of 15 MONTHS as to Count 1 to run consecutively and 100 MONTHS as to Counts 2-8 to run concurrently for a total of 115 MONTHS.**

Supervised Release: 
Probation: 

| | | |
|---|---|---|
| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
| **X** | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | | Reside halfway house ___ months ___ days |
| | Participate in a mental health treatment program/and take all mental health medications prescribed | | Register as sex offender |
| | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Participate in an educational or vocational program |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | Provide financial information | | No volunteering where children supervised |

**OTHER:**

| | | | | | |
|---|---|---|---|---|---|
| Fine: | $ | | Restitution: | $ | |
| SPA: | $ **800.00** | ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

OTHER COMMENTS: